IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATED OF AMERICA                                              PLAINTIFF

V.                                        CIVIL ACTION NO. 3:05CV153WHB-LRA
                                                           3:05CV154WHB-LRA
                                                           3:05CV155WHB-LRA
                                                           3:05CV156WHB-LRA
                                                           3:05CV157WHB-LRA
                                                           3:05CV180WHB-LRA

ANY AND ALL FUNDS ON DEPOSIT
AND ALL PROCEEDS OF ALL FUNDS
ON DEPOSIT IN FOUR STATE FARM MUTUAL
FUND COMPANY ACCOUNT, ET AL.                                         DEFENDANTS

## ORDER DISMISSING CIVIL FORFEITURE CASE

WHEREAS the United States Attorney's Office for the Southern District of Mississippi has requested that this Court dismiss this civil action seeking forfeiture of the defendant property pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure;

WHEREAS the defendant property was also included in a separate criminal cases and all property included in this civil forfeiture case has been forfeited.

WHEREAS there is no need to continue with the civil forfeiture case; therefore,

IT IS HEREBY ORDERED that the civil action in this matter is dismissed without prejudice.

SO ORDERED this 10th day of March, 2010.

    s/William H. Barbour, Jr.
    HONORABLE WILLIAM H. BARBOUR, JR.